## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

February 7, 2020

**VIA ECF**

Hon. P. Kevin Castel
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Re:   *Jefferies LLC v. William Stephen Hood*, Case No. 1:20-cv-00370-PKC

Dear Judge Castel:

We represent Defendant William Hood ("Mr. Hood") in the above-captioned action, in which Jefferies LLC ("Jefferies") seeks confirmation of an arbitration award rendered by a FINRA arbitration panel. We write to request the Court's approval of the parties' agreed-upon schedule for filing additional pleadings. There are no conferences presently scheduled before the Court in this action.

Jefferies filed its Petition on January 15, 2020. On January 21, 2020, Mr. Hood accepted service of the Petition and an accompanying summons, which noted a deadline of twenty-one days following service, *i.e.*, February 11, 2020. The parties have since agreed that Mr. Hood will file his response to the Petition on or before February 26, 2020, and that Jefferies will file any reply in support of the Petition on or before April, 2, 2020.

The parties' respectfully request that the Court approve this schedule and appreciate the Court's consideration.

Respectfully submitted,

/s/ Kevin S. Reed

Kevin S. Reed

Cc:   All counsel of record (via ECF)

*Application granted. SO ORDERED. /s/ PKC USDJ 2-7-20*

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART