USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JEFFRIES LLC,

        Plaintiff/Movant,

    -against-

WILLIAM HOOD,

        Defendant/Respondent.
------------------------------------------------------------X

20 **CIVIL** 370 (PKC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 27, 2020, the Award is confirmed, Hood does not oppose confirmation of the Award, each party to bear its own costs, fees and expenses incurred in connection with the Petition and with the Stipulation and Proposed Order; accordingly, the case is closed.

**Dated**: New York, New York
        March 2, 2020

                                  RUBY J. KRAJICK
                                  Clerk of Court
BY:
                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/2/2020